**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Western District of Texas

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Pollo Feliz, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-0685455 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1779 N. Zaragoza Rd<br>Number     Street | _____<br>Number     Street |
| Suite D | P.O. Box |
| El Paso          TX    79936<br>City          State    ZIP Code | _____<br>City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| El Paso County<br>County | Number     Street<br><br>City          State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor __Pollo Feliz, Inc._____ Case number *(if known)*_____
      Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>_____ |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                                 MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                                 MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ When _____<br>                                    MM / DD / YYYY<br>       Case number, if known _____ |

Debtor  **Pollo Feliz, Inc.**
_____
Name

Case number (*if known*)_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street

_____

_____
City                                  State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Pollo Feliz, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/10/2023
MM / DD / YYYY

✗ /s/ Katana Chavez          Katana Chavez
Signature of authorized representative of debtor     Printed name

Title  Vice-President

**18. Signature of attorney**

✗ /s/ Carlos Miranda          Date 10/10/2023
Signature of attorney for debtor          MM / DD / YYYY

Carlos Miranda
Printed name

Miranda & Maldonado, PC
Firm name

5915 Silver Springs Bldg. 7
Number    Street

El Paso                TX        79912
City                   State     ZIP Code

(915) 587-5000         cmiranda@eptxlawyers.com
Contact phone          Email address

14199582               TX
Bar number             State

**Fill in this information to identify the case:**

Debtor name: Pollo Feliz, Inc.

United States Bankruptcy Court for the: Western District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Foods<br>3700 Prince St. S.E.<br>Albuquerque, NM, 87105 | | | | | | 50,839.31 |
| 2 | Rodriguez Produce, Inc.<br>125 N. Stevens St.<br>El Paso, TX, 79905 | | | | | | 49,462.07 |
| 3 | Bank of America<br>Attn: Bankruptcy<br>PO Box 982238<br>El Paso, TX, 79998 | | | | | | 36,588.86 |
| 4 | Sysco New Mexico<br>601 Comanche Road N.E.<br>Albuquerque, NM, 87107 | | | | | | 25,196.63 |
| 5 | Texas Comptroller of Public Accounts<br>Revenue Accounting Div - Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX, 78711-3528 | | Taxes & Other Government Units | | | | 15,921.16 |
| 6 | Bronco Meat Market<br>8450 Alameda<br>El Paso, TX, 79907 | | | | | | 11,450.16 |
| 7 | Coca-Cola<br>11001 Gateway Blvd West<br>El Paso, TX, 79935 | | | | | | 4,751.63 |
| 8 | Shamrock Foods<br>2540 N. 29th Avenue<br>Phoenix, AZ, 85009 | | | | | | 3,556.11 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor __Pollo Feliz, Inc._____  Case number (*if known*)_____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Prudential Overall Supply<br>4240 South Fremont Ave<br>Tucson, AZ, 85714 | | | | | | 1,970.76 |
| 10 | Department of The Treasury, IRS<br>Heavy Highway Vehicle Use Tax<br>Ogden, UT, 84201-0031 | | Taxes & Other Government Units | | | | 1,129.93 |
| 11 | Tortillas El Torito<br>109 Seneca<br>Suite 5E<br>El Paso, TX, 79915 | | | | | | 543.70 |
| 12 | Reliant Distribution<br>4501 Rosa Ave<br>El Paso, TX, 79905 | | | | | | 372.52 |
| 13 | International Safety and Medical Supply<br>6400 Airport<br>Building A, Suite H<br>El Paso, TX, 79925 | | | | | | 288.00 |
| 14 | Aire Master of West Texas<br>1025 Desierto Seco Dr.<br>El Paso, TX, 79912 | | | | | | 281.45 |
| 15 | MOOD Texas<br>9401 Carnegie Ave<br>Suite 1 N<br>El Paso, TX, 79925 | | | | | | 271.05 |
| 16 | S.J. Mexican Specialties<br>2408 Wyoming<br>El Paso, TX, 79903 | | | | | | 172.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Aire Master of West Texas
1025 Desierto Seco Dr.
El Paso, TX 79912

Bank of America
Attn: Bankruptcy
PO Box 982238
El Paso, TX 79998

Bronco Meat Market
8450 Alameda
El Paso, TX 79907

Channel Partners Capital, LLC
6487 Sycamore Ct. N.
Maple Grove, MN 55369

Channel Partners Funding I, LLC
6487 Sycamore Ct. N.
Maple Grove, MN 55369

City of El Paso
c/o Don Stecker
Weston Centre, 112 E. Pecan St., Ste. 22
San Antonio, TX 78205-1588

Coca-Cola
11001 Gateway Blvd West
El Paso, TX 79935

Department of The Treasury, IRS
Heavy Highway Vehicle Use Tax
Ogden, UT 84201-0031

DLR, Inc.
P.O. Box 520382
Salt Lake City, UT 84152

East Hudson Capital, LLC
27-01 Queens Plaza North
Suite 802
Long Island City, NY 11101

Everest Business Funding
8200 NW 52nd Terrace
2nd Floor
Doral, FL 33166

Financial Pacific Leasing, Inc.
P.O. Box 4568
Federal Way, WA 98001

Fiserv
3975 NW 120th Ave
Coral Springs, FL 33065

Ford Credit
P.O. Box 650575
Dallas, TX 75265

GFE NY, LLC d/b/a Global Funding Experts
27-01 Queens Plaza North
Long Island City, NY 11101

Internal Revenue Service (IRS)
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

International Safety and Medical Supply
6400 Airport
Building A, Suite H
El Paso, TX 79925

M&D Capital NY, LLC
4619 Surf Ave
Brooklyn, NY 11224

Monroe Capital Management Advisors, LLC
311 South Wacker Drive
Suite 6400
Chicago, IL 60606

MOOD Texas
9401 Carnegie Ave
Suite 1 N
El Paso, TX 79925

Pawnee Leasing Corporation
3801 Automation Way, Suite 207
Fort Collins, CO 80525

Prudential Overall Supply
4240 South Fremont Ave
Tucson, AZ 85714

Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814

Reliant Distribution
4501 Rosa Ave
El Paso, TX 79905

Rodriguez Produce, Inc.
125 N. Stevens St.
El Paso, TX 79905

S.J. Mexican Specialties
2408 Wyoming
El Paso, TX 79903

Sadova Properties, LLC
1280 Hawkins Suite 110
El Paso, TX 79925

Shamrock Foods
2540 N. 29th Avenue
Phoenix, AZ 85009

Small Business Financial Solutions, LLC
4500 East West Highway
6th Floor
Bethesda, MD 20814

Sysco New Mexico
601 Comanche Road N.E.
Albuquerque, NM 87107

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Sect
P.O. Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TWC Building - Regulatory Integrity Divi
101 East 15th Street
Austin, TX 78778

Tortillas El Torito
109 Seneca
Suite 5E
El Paso, TX 79915

U.S. Small Business Administration
10737 Gateway West #300
El Paso, TX 79935

United States Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

United States Attorney, Civil Process Clerk
Department of Justice
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216

United States Trustee's Office
615 E. Houston, Ste. 533
P.O. Box 1539
San Antonio, TX 78295-1539

US Foods
3700 Prince St. S.E.
Albuquerque, NM 87105

Vox Funding, LLC
100 Park Ave
Floor 26
New York, NY 10017

United States Bankruptcy Court
Western District of Texas

In re: Pollo Feliz, Inc.

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/10/2023

/s/ Katana Chavez
Signature of Individual signing on behalf of debtor

Vice-President
Position or relationship to debtor

# United States Bankruptcy Court

Western District of Texas

In re  Pollo Feliz, Inc.

Case No. _____

**Debtor**

Chapter  11  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   ☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 25,000.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 350.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d. [Other provisions as needed]
See also Application to Employ Law Firm as reflected on the Pacer Docket for this case

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Any non-bankruptcy legal services.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 10/10/2023 | /s/ Carlos Miranda, 14199582 |
| *Date* | *Signature of Attorney* |
| | Miranda & Maldonado, PC |
| | *Name of law firm* |
| | 5915 Silver Springs Bldg. 7 El Paso, TX 79912 |